## FRANCIS BORRELLI *v.* COMMISSIONER OF CORRECTION
### (AC 31431)

Bishop, Lavine and Foti, Js.

Argued October 26—officially released November 16, 2010

Per Curiam. The appeal is dismissed.

## HOMECOMINGS FINANCIAL NETWORK, INC. *v.* BEVERLY STARBALA ET AL.
### (AC 30893)

Lavine, Alvord and Peters, Js.

Argued October 20—officially released November 16, 2010

Per Curiam. The judgment is affirmed.

## CHARLES COTTLE *v.* DANIEL GILHULY
### (AC 30648)

Lavine, Alvord and Peters, Js.

Argued October 20—officially released November 16, 2010

Per Curiam. The judgment is affirmed.